**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

TONIA LEMIEUX,   CASE NO.: 4:25-cv-00116-MW-MJF

    Plaintiff,
vs.

COLE CS TALLAHASSEE, FL, LLC
d/b/a COSTCO WHOLESALE CORPORATION,

    Defendants.
_____/

## **JOINT STATUS REPORT**

Plaintiff, TONIA LEMIEUX, ("Plaintiff"), and Defendant, Costco Wholesale Corporation, and pursuant to this Court's Initial Scheduling Order entered March 7, 2025, hereby file this Joint Status Report and state:

1. On September 30, 2024, Plaintiff filed her Complaint in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida.

2. On December 5, 2024, Defendant filed its Answer and Affirmative Defenses to Complaint, and Defendant's Interrogatories, Request for Admissions and Request for Production to Plaintiff.

3. On March 13, 2025, Defendant filed a Notice of Removal from the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida.

4. The parties have submitted a Rule 26 (f) report.

5. On April 4, 2025, Defendant produced its Rule 26 (a) initial disclosures to Plaintiff.

6. On December 5, 2024, Plaintiff replied to Defendants initial interrogatories and request to produce.

7. On April 30, 2025, Plaintiff propounded interrogatories and request to produce to Defendant.

8. On May 8, 2025, the parties filed their first (1st) Joint Status Report.

9. On May 13, 2025, Defendant deposed Plaintiff.

10. On May 16, 2025, Plaintiff filed her Rule 26 expert disclosure.

11. On May 30, 2025, Defendant responded to Plaintiff's interrogatories and requests to produce to Defendant.

12. On June 16, 2025, Defendant filed its Rule 26 expert disclosure.

13. On August 18, 2025, Plaintiff deposed Costco employees Nick Birch, Lekisha Tucker, and Donna Reyes and Costco's corporate representative Curtis Leuck.

14. Mediation occurred on September 5, 2025 with Mediator Jason O'Steen and impassed.

15. On September 9, 2025, Plaintiff conducted a site inspection at Costco.

16. On October 21, 2025, Plaintiff deposed Costco employee Madonna David and Lekeisha Tucker.

17. On November 19, 2025, Plaintiff deposed Defendant's experts, Beth Morgan and Richard Davis, M.D.

18. On November 24, 2025, Defendant filed a Motion for Partial Summary Judgment regarding Cole CS Tallahassee, FL, LLC and on December 16, 2025, Plaintiff responded to same.

19. On December 19, 2025, the Court issued the Pretrial Order.

20. Trial is set for April 20, 2026.

21. On January 30, 2026, an Order was entered granting Defendant Cole CS Tallahassee, FL, LLC's Motion for Partial Summary Judgment.

22. On February 6, 2026, Defendant filed a Motion for Attorney's Fees Pursuant to Offer of Judgment.

Respectfully submitted this 18th day of February, 2026.

| | |
|---|---|
| /s/ Jason Gerth | /s/ Kevin Jakab |
| JASON GERTH (Fla. Bar No. 11162) | Kevin E. Jakab, Esq. (Fla. Bar No.: 667811) |
| Morgan & Morgan Alabama, PLLC | Jakab Law, PLLC |
| 220 W. Garden Street, Suite 901 | 6277 Dupont Station Court East #3 |
| Pensacola, Florida 32502 | Jacksonville, FL 32207 |
| jgerth@forthepeople.com | Kjakab@jakablaw.com |
| jgservice@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |